# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

3M COMPANY AND 3M INNOVATIVE PROPERTIES COMPANY,

        PLAINTIFFS

v.

MOLDEX- METRIC, INC.,

        DEFENDANT.

CIVIL NO. 06-4044 (MJD/AJB)

**ORDER ON DEFENDANT'S MOTION TO CONSOLIDATE**

Based on this Court's review of the record, the Court **AFFIRMS** Magistrate Judge Boylan's Report and Recommendation dated December 1, 2006. **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Boylan's Report and Recommendation dated December 1, 2006 is **ADOPTED**; and

2. Defendant's Motion to Consolidate [Docket No. 11] **is GRANTED.**

Dated: December 21, 2006

        s/Michael J. Davis
        Judge Michael J. Davis
        United States District Court